**FILED**

35

**NOT FOR PUBLICATION**

MAY 15 2002

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY    AT 8:30_____M
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated, | Civil Action No. 00-6041 |
| | **ORDER** |
| Plaintiffs | |
| v. | |
| ROBERT SORENSEN; DUROLITE INTERNAITONAL, INC.; LITETRONICS INTERNATIONAL, INC., | |
| Defendant. | |

**ENTERED**
ON
THE DOCKET

MAY 16 2002

WILLIAM T. WALSH, CLERK
By _____
(Deputy Clerk)

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court upon defendants' objections to the Report and Recommendation of Magistrate Judge Hedges dated March 5, 2002, recommending that plaintiff's motion for class certification be granted pursuant to Rule 23(a) and 23(b)(3); the Court having considered the submissions from both sides without oral argument, Rule 78; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this _____ day of May 2002, hereby

**ORDERED** that Judge Hedges' report and recommendation is **accepted** and plaintiff's motion for class certification is **granted.**

Date: 5/14/02

Katharine S. Hayden, U.S.D.J.