**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated, | Civil Action No. 00-6041 |
| Plaintiffs | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| ROBERT SORENSEN; DUROLITE INTERNAITONAL, INC.; LITETRONICS INTERNATIONAL, INC., | |
| Defendant. | |

**FILED**

**MAY 2 0 2002**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court upon defendants' objections to the Report and Recommendation of Magistrate Judge Hedges dated March 5, 2002, recommending that plaintiff's motion for class certification be granted pursuant to Rule 23(a) and 23(b)(3); the Court having entered an Order consistent with Judge Hedges' recommendations, and for good cause,

**IT IS** on this _____ day of May 2002, hereby

**ORDERED** that Judge Hedges' report and recommendation is **adopted** as the Opinion of the Court.

Date: 5/20/02

Katharine S. Hayden, U.S.D.J.

**ENTERED**
ON
THE DOCKET

**MAY 2 1 2002**

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)