**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 JUL -8 P 12: 03

-------------------------------------------------------------- x
                                          :

**LAWRENCE SHEINBERG and GILES HAZEL,**   :
**on behalf of themselves and others**
**similarly situated,**                              :       **Civil Action No. 00-6041(JLL) (RJH)**

            **Plaintiffs,**             :

                 :

           **v.**                      :

                 :       **NOTICE OF MOTION**

**ROBERT SORENSON; DUROLITE**       :
**INTERNATIONAL, INC.; LITETRONICS**
**INTERNATIONAL, INC.,**                :

                 :

            **Defendants and**        :
           **Third-Party Plaintiffs,**    :

                 :

           **v.**                      :

                 :

**FLEET CAPITAL CORPORATION,**        :

                 :

           **Third-Party Defendant.**    :

                 :
-------------------------------------------------------------- x

         PLEASE TAKE NOTICE that upon the accompanying Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1; the accompanying Declaration of Robert C. Sorensen, dated May 28, 2004; the accompanying Declaration of Gary A. Stahl, dated June 1, 2004; the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment; and upon the prior pleadings and proceedings in this action, defendants will move before United States Magistrate Judge Ronald J. Hedges, at the Martin Luther King, Jr. Federal Building and Courthouse, located at 50 Walnut Street, Newark, New Jersey 07101, on *JULY 26,* , 2004 at 9:30 a.m., or as soon thereafter as counsel may be heard, for the following relief:

           (a)      summary judgment pursuant to Fed. R. Civ. P. 56, dismissing all of plaintiffs' claims on the grounds that there are no genuine issues of fact to be decided and that defendants are entitled to judgment as a matter of law; and

(b)    such other and further relief as the Court may deem just and proper.

Dated: New York, New York
        June 1, 2004

Respectfully submitted,

**KING, PAGANO & HARRISON**

By: _____
        Jeffrey W. Pagano, Esq.
425 Park Avenue
New York, New York 10022
(212) 223-4000

and

**DENOIA & TAMBASCO**

By: _____
        Jeffrey W. Pagano, Esq.
501 Main Street
Toms River, New Jersey 08754
(732) 341-1030

Attorneys for Defendants and Third-Party Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June __1__, 2004, I caused a true and correct copy of the foregoing Notice of Motion to be served upon the following via e-mail and by depositing a true and correct copy of same with Federal Express for overnight delivery, and addressed as follows:

Robert B. Bodzin, Esq.
Kleinbard, Bell & Brecker, LLP
1900 Market Street, Suite 700
Philadelphia, Pennsylvania 19103
Attorneys for Plaintiffs

Daniel P. Shapiro, Esq.
Goldberg Kohn Bell Black Rosenbloom &Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603
Attorneys for Third-Party Defendant

Alison L. Galer, Esq.
Norris, McLaughlin & Marcus
721 Route 202/206
Bridgewater, New Jersey 08807
Local Counsel for Third-Party Defendant

_____
Gary A. Stahl