UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
                                                                 :
LAWRENCE SHEINBERG and GILES HAZEL,                              :
on behalf of themselves and others                               :
similarly situated,                                              :   Civil Action No. 00-6041(JLL)
                                                                 :
                Plaintiffs,                                      :
                                                                 :
        v.                                                       :
                                                                 :
ROBERT SORENSEN; DUROLITE                                        :
INTERNATIONAL, INC.; LITETRONICS                                 :
INTERNATIONAL, INC.,                                             :
                                                                 :
                Defendants and                                   :
                Third-Party Plaintiffs,                          :
                                                                 :
        v.                                                       :
                                                                 :
FLEET CAPITAL CORPORATION,                                       :
                                                                 :
                Third-Party Defendant.                           :
                                                                 :
---------------------------------------------------------------- x

### DECLARATION OF GARY A. STAHL, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

GARY A STAHL hereby declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am of counsel to the law firm of King, Pagano & Harrison, attorneys for defendants in this action. I am fully familiar with the facts and prior proceedings in this action. This Declaration is submitted in support of defendants' Motion for Summary Judgment, and in order to introduce various documents into the summary judgment record.

2. Attached to this Declaration as Exhibit A is a true and correct copy of plaintiffs' Complaint, dated December 6, 2000.