IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 JUL -9 P 2: 28

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated,<br><br>v.<br><br>ROBERT SORENSEN; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC.,<br><br>v.<br><br>FLEET CAPITAL CORPORATION | CIVIL ACTION<br><br><br><br><br>No. 2:00cv6041 (KSH) |

## NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Lawrence Sheinberg and Giles Hazel, on behalf of themselves and the Plaintiff class, hereby serve this Notice of Plaintiffs' Motion for Summary Judgment.

KLEINBARD, BELL & BRECKER LLP

ROBERT B. BODZIN, ESQUIRE
MARY VASSALLO SLINKARD, ESQUIRE
MARY J. WALK, ESQUIRE
1900 Market Street. Suite 700
Philadelphia, PA 19103
(215) 568-2000

Dated: June 1, 2004

{00013545;v1}