IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL<br>On behalf of themselves and others similarly situated,<br><br>      v.<br><br>ROBERT SORENSEN; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC.,<br><br>      v.<br><br>FLEET CAPITAL CORPORATION. | CIVIL ACTION<br><br>No. 2:00cv6041 (KSH) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

## APPENDIX

## Table of Contents

| Title | Exhibit |
|---|---|
| District Three Transcript | A |
| Judge Debevoise Opinion | B |
| Third Circuit Opinion | C |
| Sheinberg Complaint | D |
| 3/5/02 Order by Judge Hedges, Certifying Class | E |
| Sorensen Deposition | F |
| Crossland Deposition | G |
| Schaechter Deposition | H |
| Exhibit P-95 | I |
| Exhibit P44 - P50 | J |
| Exhibit P-76 | K |