## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 00-6041(JLL)<br>)<br>) |
| v. | )<br>) |
| ROBERT SORENSON; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC., | )<br>)<br>)<br>)<br>) |
| Defendants and Third Party Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| FLEET CAPITAL CORPORATION, | )<br>) |
| Third–Party Defendant. | |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated and agreed by and between Defendants/Third-Party Plaintiffs Robert Sorenson; Durolite International, Inc.; and Litetronics International, Inc. (collectively, "Defendants/Third-Party Plaintiffs") and Third-Party Defendant Fleet Capital Corporation ("Fleet") by their respective undersigned counsel, that all of Defendant/Third-Party Plaintiffs' claims against Fleet in the above-captioned action are dismissed with prejudice, each of the parties to bear its own costs and attorneys' fees.

Dated: December 1, 2004

| | |
|---|---|
| ROBERT SORENSON; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC., <br><br> By: _[signature]_ <br> One of Their Attorneys <br><br> Gerald Krovatin, Esq. <br> KROVATIN & ASSOCIATES LLC <br> 744 Broad Street, Suite 1903 <br> Newark, NJ 07102 <br> (973) 424-9777 <br> (973) 424-9779 <br><br> Kevin Krantz, Esq. <br> KESSLER, KRANTZ & CHRISTENSEN <br> 318 West Randolph, 5th Floor <br> Chicago, IL 60606 <br> (312) 419-0545 <br> (312) 419-0090 (facsimile) | FLEET CAPITAL CORPORATION <br><br> By: _[signature]_ <br> One of Its Attorneys <br><br> Alison L. Galer, Esq. <br> NORRIS, MCLAUGHLIN & MARCUS <br> 721 Route 202/206 <br> Bridgewater, New Jersey 08807 <br> (908) 722-0700 <br> (908) 722-0755 (facsimile) <br><br> Michael D. Karpeles, Esq. <br> Daniel P. Shapiro, Esq. <br> Catherine S. Carrigan, Esq. <br> GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM & MORITZ, LTD. <br> 55 East Monroe Street, Suite 3700 <br> Chicago, Illinois 60603 <br> (312) 201-4000 <br> (312) 332-2196 (facsimile) |