UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT SORENSEN, DUROLITE INTERNATIONAL, INC., LITETRONICS INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No.: 00-6041 (JLL)<br><br><br><br>ORDER |

THIS MATTER having been opened to the Court by Defendants Robert Sorensen, Durolite International, Inc. and Litetronics International, Inc. seeking the dismissal of Plaintiffs' Lawrence Sheinberg and Giles Hazel, on behalf of themselves and others similarly situated, Complaint, and Plaintiffs' motion for partial summary judgment against all Defendants for liability on Plaintiffs' claims for violations of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et. seq., and violations of the Workers Adjustment and Retraining Notification Act ("WARN"), 29 U.S.C. § 2101 et. seq., and the Court having considered the submissions in support of and in opposition to these motions, as well as the oral arguments of the parties held on May 13, 2005, and for the reasons set forth in the accompanying Opinion dated December 29, 2005,

**IT IS ON THIS 29th DAY OF DECEMBER, 2005** hereby,

**O R D E R E D** that defendants' motion for summary judgment [Docket #64] is DENIED; and it is further
**O R D E R E D** that plaintiffs' motion for summary judgment [Docket #65] is DENIED; and it is further
**O R D E R E D** that Plaintiffs voluntarily dismissed Defendant Durolite at oral argument. (Tr. at 55-56).

**SO ORDERED.**

DATED: December 29, 2005

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE