*[signature]*

_____
Gerald Krovatin, Esq.
744 Broad Street
Suite 1903
Newark, New Jersey 07102
(973) 424-9777