**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL | : | Civil Action No. 00-6041 |
| on behalf on themselves and others similarly situated, | : | |
| Plaintiffs, | : | |
| vs. | : | **ORDER** |
| ROBERT SORENSEN and LITETRONICS INTERNATIONAL, INC., | : | |
| Defendants. | : | |

**RONALD J. HEDGES, U.S.M.J.**

_____This matter having come before the Court on the motions of defendants Robert Sorensen and Litetronics International, Inc., to strike plaintiffs' jury demand and to decertify the class; plaintiffs Lawrence Sheinberg and Giles Hazel having opposed the motions; the Court having considered the papers submitted in support of and in opposition to the motions without oral argument, Rule 78; and for the reasons expressed in the Opinion filed herewith;

It is on this 17 day of August, 2006, **ORDERED** that:

Defendants' motions to decertify[117][120] are GRANTED IN PART AND DENIED IN PART;

Defendants' motion to decertify[93] is DENIED; and

Defendants' motion to strike jury demand [94] is DENIED.

s/ Ronald J. Hedges
United States Magistrate Judge