UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LAWRENCE SHEINBERG and GILES HAZEL )
on behalf of themselves and others similarly )
situated )
    Plaintiffs, ) Civil Action No. 00-6041(JLL)
                                       )           (RJH)
                                       )
    v. )
                                       )
ROBERT SORENSEN; LITETRONICS )
INTERNATIONAL, INC., )
    Defendants. )

NOTICE OF FILING AND CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN, that on August 23, 2006, **PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S LETTER-ORDER DATED AUGUST 9, 2006** was filed in the United States District Court for the District of New Jersey in the above captioned case:

    I, the undersigned, an attorney, hereby certify that I caused a copy of the above and foregoing document attached hereto, to be served upon the persons listed below at the address shown via electronic transmission and by enclosing the same in an envelope with first-class postage prepaid and depositing the same in the U.S. Mail located at 55 West Monroe Street, Chicago, Illinois, on this 23rd day of August, 2006:

                    Robert B. Bodzin, Esq.
                    Kleinbard, Bell & Brecker, LLP
                    1900 Market Street, Suite 700
                    Philadelphia, Pennsylvania 19103
                    Attorneys for Plaintiff

                    STAHL COWEN CROWLEY LLC

                    By:_____
                    Kevin R. Krantz, Esq.
                    55 W. Monroe Street
                    Suite 1200
                    Chicago, Illinois 60603
                    (312) 641-0060