UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAWRENCE SHEINBERG, et al., | : | Civil Action No. 00-6041(JLL) |
| Plaintiffs, | : | |
| | : | **ORDER** |
| v. | : | |
| ROBERT SORENSON, et al., | : | |
| Defendants, | : | |

It is on this 8TH day of JANUARY, 2007,

ORDERED THAT, as to defendants' motion to decertify, opposition due JANUARY 19. Reply JANUARY 26, 2007. No oral argument unless advised. If class decertified, trial date set for April 3, 2007. Plaintiffs to bear travel costs of defendants for adjourned trial.

   s/Ronald J. Hedges
RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Orig.: Clerk
      U.S.D.J.
      File