KLEINBARD BELL & BRECKER LLP
1900 Market Street, Suite 700
Philadelphia, PA  19103
(215) 568-2000

GREENBAUM, ROWE, SMITH & DAVIS LLP
P.O. Box 5600
Woodbridge, NJ  07095
(732) 549-5600
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT SORENSEN; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC.<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 00-6041 (JLL)<br><br>ORDER VACATING THE COURT'S FEBRUARY 8, 2007 ORDER AND OPINION |

THIS MATTER having been opened to the Court by Kleinbard Bell & Brecker LLP and Greenbaum, Rowe, Smith & Davis LLP, attorneys for plaintiffs, on plaintiffs' motion for reconsideration of the Court's February 8, 2007 Order and Opinion; the Court having considered the papers submitted and the arguments of counsel; and good cause appearing;

IT IS on this _____ day of _____, 2007;

ORDERED that the Order and Opinion dated February 8, 2007 is hereby vacated.

                                                _____
                                                RONALD J. HEDGES, U.S.M.J.