UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>RONALD J. HEDGES<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING, JR.<br>FEDERAL BUILDING AND COURTHOUSE<br>50 WALNUT STREET<br>NEWARK, NJ 07101<br>973-645-3827 |

March 27, 2006

**LETTER-OPINION AND ORDER**
**ORIGINAL FILED WITH CLERK OF THE COURT**

Melissa Canfield Prince
Kleinbard Bell & Brecker, LLP
1900 Market Street
Suite 700
Philadelphia, PA 19103

Gerald Krovatin, Esq.
Krovatin & Associates
744 Broad Street
Suite 1903
Newark, NJ 07102

    Re:    Sheinberg, et al. v. Sorensen, et al.
            Civil Action No.: 00-6041

Dear Counsel:

This matter is before me on plaintiffs' motion for reconsideration of my February 8 Opinion and Order. I have considered the papers submitted in support of and in opposition to the motion. There was no oral argument. Rule 78.

There being no grounds for reconsideration, see L. Civ. R. 7.1(i), the motion is hereby **DENIED**.

    **SO ORDERED**.

                                                s/ Ronald J. Hedges
                                                United States Magistrate Judge