IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL<br>On behalf of themselves and others similarly situated,<br><br>v.<br><br>ROBERT SORENSEN; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC., | CIVIL ACTION<br><br>No. 2:00cv6041 (JLL) |

WITHDRAWAL AND ENTRY OF APPEARANCE FOR
PLAINTIFFS LAWRENCE SHEINBERG AND GILES HAZEL ON
BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED

WITHDRAWAL OF APPEARANCE

To the Clerk of the Court:

Kindly withdraw our appearance on behalf of Plaintiffs Lawrence Sheinberg and

Giles Hazel on behalf of themselves and others similarly situated in this action.

Robert B. Bodzin, Esquire
Mary Walk, Esquire
Melissa C. Prince, Esquire
KLEINBARD, BELL & BRECKER LLP
1900 Market Street; Suite 700
Philadelphia, PA  19103
215-568-2000
215-568-0140

Date:  October 3, 2007

{00171886;v1}

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiffs Lawrence Sheinberg and Giles Hazel on

behalf of themselves and others similarly situated in this action.

Martin P. Schrama, Esquire
STARK & STARK, P.C.
993 Lenox Drive, Building Two
Lawrenceville, New Jersey 08648
609-896-9060
609-896-0629

Date:  October 3, 2007

## CERTIFICATION OF SERVICE

I, Melissa C. Prince, Esquire,  an attorney at law in the State of New Jersey, hereby

certify that on this date the foregoing Entry of Appearance was served via regular and electronic

mail upon:

Kevin R. Krantz, Esquire
Stahl Cowen Crowley, LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603

Gerald Korvatin, Esquire
Krovatin & Associates
744 Broad Street, Suite 1903
Newark, New Jersey 07102

Alison L. Galer, Esquire
Norris McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Sommerville, New Jersey 08876

Alan S. Naar, Esquire
Greenbaum Rowe Smith & Davis
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095-0988

Melissa C. Prince, Esquire

Dated:  October 3, 2007

{00171886;v1}