# KROVATIN KLINGEMAN LLC

ATTORNEYS AT LAW

GERALD KROVATIN

HENRY E. KLINGEMAN*

HELEN A. NAU**

INGRID E. MELNICHUK

ANNA G. COMINSKY**

*ALSO ADMITTED IN HI AND PA
**ALSO ADMITTED IN NY

744 BROAD STREET
SUITE 1903
NEWARK, NEW JERSEY
07102

TEL. 973-424-9777
FAX 973-424-9779
www.krovatin.com

October 11, 2007

**ELECTRONICALLY FILED**

Honorable Claire C. Cecchi,
 United States Magistrate Judge
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

   Re: *Lawrence Sheinberg, et al v.*
     *Robert Sorensen, et al.*
     <u>Civil Action No. 00-6041 (JLL)</u>

Dear Judge Cecchi:

  This firm is co-counsel for defendants in the above-referenced matter.

  We have been served electronically with purported Withdrawals of Appearance by plaintiffs' counsel, Kleinbard, Bell & Brecker and Greenbaum, Rowe, Smith & Davis, as well as a purported "Entry of Appearance" by Stark & Stark "on behalf of Plaintiffs Lawrence Sheinberg and Giles Hazel on behalf of themselves and others similarly situated in this action."

  These filings and the attempted withdrawal/substitution of attorneys for plaintiffs were made without leave of Court and therefore violate L. Civ. R. 102.1, since this matter was set down for trial by Judge Hedges on three separate occasions.

  Nevertheless, defendants would not object to an appropriate application for leave of Court for the withdrawal/substitution, provided that:

  (a) The substitution results in no delay in the scheduling of a trial date before Your Honor; and

# KROVATIN KLINGEMAN LLC
ATTORNEYS AT LAW

Honorable Claire C. Cecchi,
United States Magistrate Judge
October 11, 2007
Page 2

    (b) The Entry of Appearance by Stark & Stark is amended to reflect the fact that the law firm does not appear on behalf of a purported class similarly situated to the individual plaintiffs, but on behalf only of the named individual plaintiffs. Judge Hedges decertified the class in this matter by Order dated February 8, 2007. Plaintiffs thereafter voluntarily dismissed their untimely appeal from Judge Hedges' Order. Thus, if granted leave of Court to appear, Stark & Stark can only represent the individual plaintiffs and not a purported class that has been decertified. The entry into this case of new counsel for the plaintiffs should accurately reflect the procedural posture of the case and should not be a source of confusion on that issue.

    Finally, by letter dated June 6, 2007, we requested a status conference with the Court to discuss the scheduling of a trial date and a date for the hearing and/or disposition of pending trial-related motions. I enclose a copy of my prior letter to the Court for Your Honor's convenience. We respectfully request that Your Honor schedule a status conference in this matter at your earliest convenience.

Respectfully,

Gerald Krovatin

GK:cmd
Enclosure
Cc: Alan S. Naar, Esq.
      Robert B. Bodzin, Esq.
      Kevin R. Krantz, Esq.
      Gary A. Stahl, Esq.
      Martin P. Schrama, Esq.



# KROVATIN & ASSOCIATES, LLC
ATTORNEYS AT LAW

GERALD KROVATIN

HELEN A. NAU*

INGRID E. MELNICHUK

*ALSO ADMITTED IN NY

744 BROAD STREET
SUITE 1903
NEWARK, NEW JERSEY
07102

973-424-9777
FAX: 973-424-9779
www.krovatin.com

June 6, 2007

**HAND-DELIVERED**

Honorable Claire C. Cecchi,
  United States Magistrate Judge
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

      Re:   *Lawrence Sheinberg, et al v.*
             *Robert Sorensen, et al.*
             *Civil Action No. 00-6041 (JLL)*

Dear Judge Cecchi:

      We are co-counsel for defendants in the above-referenced matter, which was reassigned to Your Honor from Judge Hedges' docket. I am writing to respectfully request that the Court schedule an in-person status conference in order to schedule a trial date and to fix a schedule for the disposition of the remaining pretrial motions in the matter.

      This is a claim, purportedly on behalf of a class, for employment benefits and for other relief. The parties have waived trial by the District Court and have consented to trial before a Magistrate Judge. The case was pretried by Judge Hedges and a Final Pretrial Order was entered on February 24, 2006.

      Prior to trial, and after two adjournments of the trial date at plaintiffs' request, Judge Hedges granted defendants' motion to decertify the class on the ground that plaintiffs' counsel failed to satisfy the requirements of Rule 23 (a)(4) that they could adequately represent the putative class in this action. I enclose herewith a copy of Judge Hedges Order and Opinion dated February 8, 2007.

# KROVATIN & ASSOCIATES, LLC
ATTORNEYS AT LAW

Honorable Claire C. Cecchi,
United States Magistrate Judge
June 6, 2007
Page 2

      Plaintiffs filed an untimely Notice of Appeal from Judge Hedges' Order decertifying the class on or about April 26, 2007. When the matter was submitted to a panel for possible dismissal by the Clerk's Office for the Court of Appeals, plaintiffs voluntarily dismissed their appeal. See attached letter dated May 9, 2007 from plaintiffs' counsel to Office of the Clerk, United States Court of Appeals for the Third Circuit.

      At this point, defendants would respectfully request that the Court set this matter down for trial before Your Honor at the earliest possible date. In anticipation of that, we would also request that Your Honor schedule an in-person status conference for the purpose of both scheduling the trial date and resolving the pending pretrial motions, motions in limine and/or other housekeeping matters that remain to be decided in anticipation of the trial.

      Thank you for Your Honor's attention to this matter. By copy of this letter, I am copying plaintiffs' counsel, as well as my co-counsel, on this request.

Respectfully submitted,

Gerald Krovatin

GK:cmd
Enclosure
Cc:   Alan S. Naar, Esq.
       Robert B. Bodzin, Esq.
       Kevin R. Krantz, Esq.
       Gary A. Stahl, Esq.