|  | : |  |
|---|---|---|
|  | : | **UNITED STATES DISTRICT COURT** |
| **SHEINBERG, et al** | : |  |
|  | : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** | : |  |
|  | : |  |
|  | : | **Hon. Claire C. Cecchi** |
| **-vs-** | : | **Civil Action No. 00-6041 (CCC)** |
|  | : |  |
| **SORENSEN, et al** | : | **ORDER ON ORAL MOTION** |
|  | : | **SCHEDULING CONFERENCE** |
| **Defendant(s)** | : |  |
|  | : |  |
|  | : |  |

**THIS MATTER** having been brought before the Court for a status/settlement conference on November 2, 2007; and for good cause shown:

**IT IS** on this **8th day of November, 2007**

**ORDERED THAT** there shall be an in person settlement conference before the Undersigned on **January 25, 2008 at 11:30 a.m.** at the Martin Luther King Jr, Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Room 2064, Newark, New Jersey 07102**.**

Plaintiffs shall serve a settlement demand upon defendants by **November 12, 2007**. Defendants shall respond to that demand by **November 21, 2007**. By **December 7, 2007**, the parties shall submit to the Undersigned confidential settlement position statements, not to exceed **five (5) pages** in length.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File