# GREENBAUM, ROWE, SMITH & DAVIS LLP

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988

(732) 549-5600   FAX (732) 549-1881

**ALAN S. NAAR**
(732) 476-732-476-2530 - DIRECT DIAL
(732) 476-732-476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

November 29, 2007

*VIA REGULAR MAIL*
*& ELECTRONIC FILING*

Honorable Claire C. Cecchi
United States Magistrate Judge
United States District Court
Martin Luther King Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

   Re: Sheinberg, et al v. Sorensen, et al
     <u>Civil Action No. 00-6041 (JLL)</u>

Dear Judge Cecchi:

  This firm has served as local counsel to the plaintiffs in the above-referenced matter. One of the issues that was discussed at the conference on November 2, 2007 was the substitution of counsel for the plaintiffs. As per Your Honor's instructions at that conference, enclosed is a proposed form of order substituting new counsel for the plaintiffs. If the order meets with Your Honor's approval, and if there are no objections as to form, kindly enter same and have the clerk's office enter it on the docket.

  Thank you for your courtesies.

Respectfully yours,

Alan S. Naar

cc: Gerald Krovatin, Esq.
   Melissa C. Prince, Esq.
   Martin P. Schrama, Esq.