GREENBAUM, ROWE, SMITH & DAVIS LLP
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT SORENSEN; DUROLITE INTERNATIONAL, INC.; LITETRONICS INTERNATIONAL, INC., <br><br> Defendants. | CIVIL ACTION <br><br> Civil Action No. 00-6041 (CCC) <br><br> **ORDER SUBSTITUTING COUNSEL FOR PLAINTIFFS** |

This matter having been brought before the Court by counsel for plaintiffs, Lawrence Sheinberg and Giles Hazel on behalf of themselves and others similarly situated ("Plaintiffs"), seeking the entry of an order permitting the law firms of Greenbaum, Rowe, Smith & Davis LLP and Kleinbard, Bell & Brecker LLP to withdraw their appearances as counsel for Plaintiffs, and permitting the firm of Stark & Stark to enter its appearance as counsel of record for Plaintiffs; and that there being no objection by defendants; and for good cause shown;

IT IS on this 10th day of ~~November~~ December, 2007;

ORDERED as follows:

1. The law firm of Greenbaum, Rowe, Smith & Davis LLP be and hereby is permitted to withdraw as counsel for Plaintiffs.

2. The law firm of Kleinbard, Bell & Brecker LLP be and hereby is permitted to withdraw as counsel for Plaintiffs.

3. The law firm of Stark & Stark be and hereby is permitted to enter its appearance for Plaintiffs.

s/Claire C. Cecchi
_____
Hon. Claire C. Cecchi, U.S.M.J.