**STARK & STARK**
A Professional Corporation
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Plaintiffs, Lawrence Sheinberg and Giles Hazel, on behalf of themselves and others similarly situated

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL, On behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT SORENSEN and LITETRONICS INTERNATIONAL, INC.,<br><br>Defendants | CIV. NO. 2:00-cv-6041 (JLL)<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

TO:    Clerk, United States District Court
       Clarkson S. Fisher Federal Building
          & U.S. Courthouse
       402 E. State Street
       Trenton, NJ  08608

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above entitled action on behalf of the Plaintiffs, Lawrence Sheinberg and Giles Hazel, on behalf of themselves and others similarly situated.

STARK & STARK
A Professional Corporation

By: _____
       MARTIN P. SCHRAMA

Dated: January 30, 2008

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315