| | | |
|---|---|---|
| **SHEINBERG et al** | : | **UNITED STATES DISTRICT COURT** |
| | : | |
| | : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** | : | |
| | : | |
| | : | **Hon. Jose L. Linares** |
| **-vs-** | : | **Civil Action No. 00-6041  (JLL) (CCC)** |
| | : | |
| **SORENSEN et al** | : | **ORDER ON ORAL MOTION** |
| | : | **SCHEDULING CONFERENCE** |
| **Defendant(s)** | : | |
| | : | |
| | : | |

**THIS MATTER** having been brought before the Court for a settlement conference on February 13, 2008; and for good cause shown:

**IT IS on this 15th day of February, 2008**

**ORDERED THAT:**

1.    The plaintiffs shall file their moving papers on their motion for re-certification by **February 20, 2008.**

2.    Opposition papers shall be filed by **February 27, 2008.**

3.    Reply papers, if any, shall be filed by **March 3, 2008** and shall be limited to **three (3)** pages in length.

_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File