STARK & STARK
A Professional Corporation
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Martin P. Schrama
Melissa D. Doogan
Attorneys for Plaintiffs, Lawrence Sheinberg, Giles Hazel and others similarly situated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SHEINBERG and GILES HAZEL On behalf of themselves and others similarly situated,<br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT SORENSEN and LITETRONICS INTERNATIONAL, INC.,<br>　　　　Defendants. | CIVIL ACTION<br><br>No. 2:00cv6041 (CCC)<br><br>**NOTICE OF MOTION TO RECERTIFY THE PUTATIVE CLASS** |

TO:   Kevin R. Krantz, Esquire
　　　Stahl Cowen Crowley LLC
　　　55 W. Monroe Street
　　　Suite 1200
　　　Chicago, IL  60603

SIR:

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, attorneys for Plaintiffs, Lawrence Sheinberg, Giles Hazel and others similarly situated, shall move before the Honorable Claire C. Cecchi, U.S.M.J., United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting Plaintiffs' Motion to Recertify the Putative Class.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely upon the accompanying Memorandum of Law submitted in support of said motion with attachments, submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been submitted herewith pursuant to the Rules of this Court; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in this matter.

STARK & STARK
A Professional Corporation

By: _____
MARTIN P. SCHRAMA