EXHIBIT

**Exhibit "C"**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAWRENCE SHEINBERG and GILES : Civil Action No. 00-6041(JLL)
HAZEL, on behalf of themselves
and others similarly situated :

    Plaintiffs, :

        v. : ORDER

ROBERT SORENSEN; DUROLITE
INTERNATIONAL, INC.,  :
LITETRONICS INTERNATIONAL,
INC., :

    Defendants and :
    Third-Party Plaintiffs,
         :
        v.
         :
FLEET CAPITAL CORPORATION,
         :
    Third-Party Defendant

It is on this 2nd day of December, 2004

ORDERED THAT class plaintiffs be surveyed regarding damage information. To be completed within 60 days and information to be provided to defendants. Plaintiff expert disclosures due 60 days from date of ruling on pending summary judgement motion. Rebuttal due 60 days from receipt of plaintiff disclosures. Status conference June 1, 2005 at 1:30 P.M.

                                        s/Ronald J. Hedges
                                        RONALD J. HEDGES
                                        UNITED STATES MAGISTRATE JUDGE