January 11, 2008

RE: Sheinberg, et al. v. Sorenson, et al.
    Civil Action No. 2:00cv6041 (CCC)

**\*\*Please Read Carefully\*\***
**IMPORTANT INFORMATION REGARDING YOUR**
**CLAIMS FOR MONETARY DAMAGES AS A**
**RESULT OF THE CLOSING OF THE DURO-TEST PLANT**
**AND STATUTE OF LIMITATIONS ISSUES**

Dear Former Duro-Test Employee:

    The purpose of this letter is to advise you of developments in the lawsuit against Sorenson and Literonics and to provide you with important information regarding upcoming statutes of limitations deadlines.

    By way of some background, the class action was certified by the Court on May 20, 2002, and our firm subsequently spent several years gathering information, deposing witnesses and preparing for trial. On September 26, 2006, United States Magistrate Judge Ronald J. Hedges, who at the time was assigned to hear the case, issued an Order setting the trial date for January 10, 2007, and ordered our firm to provide notice of the trial date to the members of the class. Our firm never received a copy of Judge Hedges' Order and was not made aware of the trial date until Judge Hedges' chambers called on the eve of trial to confirm its start.

    The Defendants' counsel thereafter moved to "decertify the class," arguing that we did not provide adequate notice to the class. Much to our surprise, Judge Hedges issued a decision on February 8, 2007, finding that this matter was no longer allowed to continue as a class action and that our firm must proceed to trial solely on behalf of the named Plaintiffs, Lawrence Sheinberg and Giles Hazel. In order to protect the interests of the decertified class members, Plaintiffs Sheinberg and Hazel retained the law firm of Stark & Stark, P.C., which was substituted into the case by order of the Court dated December 10, 2007. Stark and Stark intends to request that the Court recertify the class so that all of the causes of action could be tried at once. However, prior to class recertification, any member of the decertified class has the option of finding their own counsel to act on their behalf.

    The matter has now been assigned to United States Magistrate Judge Claire C. Cecchi. On November 2, 2007, the parties appeared before Judge Cecchi for an in person conference.

{00201187;v1}

January 11, 2008
Page 2

Judge Cecchi has scheduled an in person settlement conference with all parties for January 25, 2008. If this case is not settled at the January 25, 2008 conference, Stark and Stark will then seek recertification of the class.

Though it is possible that this matter may be resolved by way of settlement, it is very important that you are made aware of crucial statute of limitations or laws which limit the amount of time within which a new Complaint may be filed on your behalf. Most, if not all, of the causes of action plead in the Complaint have statutes of limitations, which will expire by **April 10, 2008**. While Stark and Stark will seek class recertification of the class following the January 25, 2008 conference, each member of the putative class has the option of finding new counsel to act on their behalf and filing their own lawsuit. Be advised, that, based upon the statutes of limitations, **YOU MUST FILE BY NO LATER THAN APRIL 10, 2008**. Accordingly, you should promptly seek the advice of counsel if you wish to follow that course.

Please contact Stark and Stark if you have any questions, using the contact information below.

Martin P. Schrama, Esquire
Melissa D. Doogan, Esquire
Stark & Stark, P.C.
996 Lenox Drive
Lawrenceville, New Jersey 08648
(609)896-9060

Sincerely,

ROBERT B. BODZIN

RBB/fb

{00201187;v1}