# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 28, 2008
BCO-101

### No.  08-8025

LAWRENCE SHEINBERG; GILES HAZEL,
on behalf of themselves and others similarly situated,
Petitioners

v.

ROBERT SORENSEN;
DUROLITE INTERNATIONAL, INC.;
LITETRONICS INTERNATIONAL, INC.,
Defendants/Third Party Plaintiffs

v.

FLEET CAPITAL CORPORATION,
Third Party Defendant
(D.N.J. Civil No. 00-cv-06041)

Present:  MCKEE, RENDELL and SMITH, Circuit Judges.

1.  Petition by Giles Hazel and Lawrence Sheinberg  for Permission to Appeal Under
    Fed. R. Civ. P. 23(f) and 28 U.S.C. Section 1292(e);

2.  Response by Litetronics International, Inc. and Robert Sorensen in Opposition to
    Petition to Appeal Under Fed .R. Civ. P. 23(f) and 28 U.S.C. Section 1292(e).

/s/Timothy McIntyre
Case Manager (267)299-4953

## O R D E R

The foregoing petition is GRANTED.

By the Court,

/s/ Marjorie O.  Rendell
Circuit Judge

Dated: October 1, 2008
tmm/cc: Robert B. Bodzin, Esq.
        Melissa C. Prince, Esq.
        Martin P. Schrama, Esq.
        Gerald Krovatin, Esq.
        Alison L. Galer, Esq.